IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAWRENCE CURTIS, HILL,

Plaintiff,

v.

CITY OF ZION, an Illinois municipal corporation; OFFICER ROBERT OGDEN, individually, and as a city of Zion Police Officer, Star Number 29; OFFICER PIOTR JAMKA, Individually, and as a City of Zion Police Officer, Star Number 23;

Defendants.

No. 16-cv-09073

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between plaintiff, LAWRENCE CURTIS HILL, and defendants, CITY OF ZION, OFFICER ROBERT OGDEN and OFFICER PIOTR JAMKA, acting by their respective attorneys, that said action shall be dismissed with prejudice, all costs having been paid and all matters and controversies for which said action was brought having been fully settled, compromised and adjourned.

ATTORNEY FOR PLAINTIFF

Dated: June 10, 2021

Brian A. O'Gallagher
Bodell Bove, LLC
2215 York Road, Suite 515
Oak Brook, IL 60523
bogallagher@bodellbove.com

ATTORNEY FOR DEFENDANTS

Dated: June 10, 2021

Thomas G. DiCianni
ANCEL GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
tdicianni@ancelglink.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021, I electronically filed the foregoing **STIPULATION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Brian A. O'Gallagher
Kristina Marie Beck
Bodell Bove, LLC
2215 York Road, Suite 515
Oak Brook, IL 60523
bogallagher@bodellbove.com
kbeck@bodellbove.com

/s/ Thomas G. DiCianni

THOMAS G. DICIANNI / ARDC # 03127041
*One of the attorneys for Defendants*

ANCEL GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: tdicianni@ancelglink.com